## United States District Court for the Northern District of Illinois
Revised 03/11/2008

Case Number: 08cv4203          Assigned/Issued By: j. n.

Judge Name: manning            Designated Magistrate Judge: cox

---

### FEE INFORMATION

Amount Due:  ☑ $350.00     ☐ $39.00     ☐ $5.00
             ☐ IFP          ☐ No Fee     ☐ Other _____
             ☐ $455.00

Number of Service Copies _____          Date: _____

*(For use by Fiscal Department Only)*

Amount Paid: 350                               Receipt #: 2962691

Date Payment Rec'd: 7-24-08                    Fiscal Clerk: j. n.

---

### ISSUANCES

☑ Summons                              ☐ Alias Summons
☐ Third Party Summons                  ☐ Lis Pendens
☐ Non Wage Garnishment Summons         ☐ Abstract of Judgment
☐ Wage-Deduction Garnishment Summons   
                                       _____
☐ Citation to Discover Assets          (Victim, Against and $ Amount)
                                       ☐ Other
☐ Writ _____            _____
    (Type of Writ)                     (Type of issuance)

1  Original and  0  copies on  7-24-08  as to  defendant
                             (Date)

_____
_____